## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BURNSIDE and | : | Civil Action No. 3:17-cv-2121-RDM |
| MARIA BURNSIDE, H/W | : | |
| *Plaintiffs,* | : | |
| v. | : | |
| | : | |
| PETERBILT MOTORS COMPANY | : | |
| and | : | |
| ARROW TANK AND ENGINEERING | : | |
| COMPANY | : | |
| and | : | |
| REGO PRODUCTS | : | |
| and | : | |
| FEDERAL TANK TESTING | : | |
| INCORPORATED | : | **JURY TRIAL DEMANDED** |
| *Defendants.* | : | |

## **ORDER**

AND NOW, this        day of                    , 2017, upon consideration of the Motion of Defendant Peterbilt Motors Company to Dismiss Plaintiffs' Complaint, it is hereby ORDERED and DECREED that Defendant's Motion is DENIED, with prejudice.

                                               **BY THE COURT:**

                                                            J.