**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES BURNSIDE and<br>MARIA BURNSIDE, H/W<br>　　　*Plaintiffs,*<br>　v.<br><br>PETERBILT MOTORS COMPANY<br>　　and<br>ARROW TANK AND ENGINEERING<br>COMPANY<br>　　and<br>REGO PRODUCTS<br>　　and<br>FEDERAL TANK TESTING<br>INCORPORATED<br>　　　*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 3:17-cv-2121-RDM<br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Bryan M. Ferris, Esquire, counsel for Plaintiffs in the above-captioned matter, hereby certify that on December 6, 2017, I caused a true and correct copy of the foregoing Plaintiffs' Response in Opposition to the Motion of Defendant Peterbilt Motors Company to Dismiss Plaintiffs' Complaint, and accompanying Memorandum of Law, to be served upon all counsel of record via the Court's ECF filing system.

　　　　　　　　　　　　　　　　　　　　**SWARTZ CULLETON PC**

　　　　　　　　　　　　　　　　　　　　/s/Bryan M. Ferris
　　　　　　　　　　　　　　　　　　　　Bryan M. Ferris, Esquire