

**CASE FORENSICS**
A JENSEN HUGHES COMPANY

23109 55th Ave W.
Mountlake Terrace, WA 98043
P: (425) 775-5550
F: (425) 775-0900
TF: (800) 711-0704

## ATTENDEE LIST

File Name: MODERN GAS
File Number: 306000 1
Date: 9/30/2017

Name: KEVIN LEWIS
Firm: CASE FORENSICS
Representing: MODERN GAS
Telephone:
Time In: 9:45  Time Out:



Kevin H Lewis
PE, CFI, CFEI, CVFI, CFII, PI
WA PI #775
Vice President, Chief Technical Officer,
Senior Metallurgical / Materials Engineer
Advancing the Science of Safety

Name: CRAIG CLAUSER
Firm: CCECI
Representing: TT
Telephone: 610 640 3370
Time In:  Time Out:

**CRAIG CLAUSER**
**ENGINEERING CONSULTING, INC.**

Craig D. Clauser, P.E.
President

1610 Hunter Circle
West Chester, PA 19380
cclauser-cceci@comcast.net

Phone 610-640-3370
Fax 610-640-3361
Cell 484-678-3371

Name:
Firm:
Representing:
Telephone:
Time In:  Time Out:



MODERN GAS SALES INC.
1-800-982-4356
JAY GORZKOWSKI
www.ModernGas.com

Name: Mike Boomsma
Firm: Post & Schell
Representing: Modern Gas/HOT
Telephone: 717.391.4421
Time In: 9:15 am  Time Out:



POST & SCHELL pc
ATTORNEYS AT LAW

MICHAEL A. BOOMSMA

1869 CHARTER LANE
P.O. Box 10248
LANCASTER, PA 17601-5956
PHONE: 717.391.4421
FAX: 717.295.2180
MOBILE: 717.917.3292
mboomsma@postschell.com
www.postschell.com



**23109 55th Ave W.**
**Mountlake Terrace, WA 98043**
P: (425) 775-5550
F: (425) 775-0900
TF: (800) 711-0704

**ATTENDEE LIST**

File Name:

File Number:

Date:

Name: K. Mniszewski
Firm: FX Engineering
Representing: Arnold Funk
Telephone:
Time In:             Time Out:

> fxengineering.com
>
> **FX ENGINEERING, INC.**
> KIM R. MNISZEWSKI, P.E., CFEI
>
> 240 East Ogden Avenue, Suite 10          630-655-7180
> Hinsdale, IL 60521                       Fax 630-655-7183
> kmniszewski@yahoo.com                    Cell 630-240-2058

Name:
Firm:
Representing: ECI / REGO
Telephone:
Time In:             Time Out:

> **IFS** *Investigative Forensic Specialists*
>
> *K. Scott Barnhill, P.E.*
>
> Office: (919) 787-4229
> Fax:    (919) 787-4266        3200 Glen Royal Road
> Mobile: (919) 345-4083               Suite 102
> Email:  scott@ifs-engr.com    Raleigh, NC 27617

Name: Robert Dervin
Firm: OSHA
Representing:
Telephone:
Time In: 8:45   Time Out:

> **UNITED STATES OF AMERICA**
> **DEPARTMENT OF LABOR**
> OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
> This is to certify that
> **Robert J. Dervin**
> whose signature and photograph appear below
> is a duly authorized
> **COMPLIANCE SAFETY AND HEALTH OFFICER**

Name:
Firm: OSHA
Representing:
Telephone:
Time In: 9:45   Time Out:

> **UNITED STATES OF AMERICA**
> **DEPARTMENT OF LABOR**
> OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION
> This is to certify that
> **Sarah T. Carle**
> whose signature and photograph appear below
> is a duly authorized
> **OSHA OFFICIAL**



**23109 55th Ave W.**
**Mountlake Terrace, WA 98043**
P: (425) 775-5550
F: (425) 775-0900
TF: (800) 711-0704

Name: Ethan Feldman
Firm: Swartz Culleton
Representing:
Telephone: 215 550 6553
Time In: 845   Time Out:

Name: Chris Carling
Firm:
Representing: Arrow Tank
Telephone: 570 330 8294
Time In: 845   Time Out:

Name:
Firm:
Representing:
Telephone:
Time In:   Time Out:

Name: BRAD SCHRIVER
Firm: SCHRIVER FIRE
Representing: ENERGI
Telephone: 717-873-1908
Time In: 845   Time Out:

## ATTENDEE LIST

File Name:
File Number:
Date:

---

WILLIAM J. FERREN & ASSOCIATES

**CHRIS J. CARLING, ESQUIRE**
ATTORNEY AT LAW

TEL 570-343-6570
FAX 570-343-5183
DIRECT DIAL 570-330-8294
CCARLING@TRAVELERS.COM

50 GLENMAURA NATIONAL BLVD.
SUITE 300 - GLENMAURA PLAZA
MOOSIC, PA 18507

---



**TANK AND ENGINEERING CO.**

**TIM SCHWEPPE**

General Manager Propane Division
tims@arrowtank.com
8950 Evergreen Blvd
Minneapolis, MN 55433 U.S.A.

Direct: 763-231-4220
Toll Free: 800-333-5532
Cell: 612-817-6002
Fax: 763-786-2104

www.arrowbobtails.com

---

**Brad Schriver CFEI, CVFI**
Investigator

**Schriver Fire & Explosion Investigations**

717-873-1908
bschriver128@msn.com



**23109 55th Ave W.**
**Mountlake Terrace, WA 98043**
P: (425) 775-5550
F: (425) 775-0900
TF: (800) 711-0704

# ATTENDEE LIST

File Name: _____

File Number: _____

Date: _____

Name: Joe Bailey
Firm: Travelers Ins
Representing: Arrow
Telephone: 610-371-3824
Time In: 9 AM  Time Out:

TRAVELERS

Joseph R. Bailey
Forensic Specialist I
Risk Control

The Travelers Companies, Inc.
1105 Berkshire Blvd.
Wyomissing, PA 19610
610.371.3824 TEL
866.540.6559 FAX
484-575-6086 MOBILE

jrbailey@travelers.com
travelers.com

Name: Tonya Newman
Firm: NGE
Representing: FCI
Telephone: 312-269-8425
Time In: 9:00  Time Out:

TONYA G. NEWMAN
Attorney at Law

Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
www.nge.com

T 312.269.8425
F 312.750.6509
tnewman@nge.com

Name: Bryan Ferris
Firm: Swartz Culleton
Representing: James Burnside
Telephone: 215-550-6553
Time In: 9:06  Time Out:



SWARTZ CULLETON PC
Trial Lawyers

Bryan M. Ferris
Esquire

547 E. Washington Avenue
Newtown, PA 18940

P: 215.550.6553
F: 215.550.6557
Email: bferris@swartzculleton.com
Website: www.swartzculleton.com

Name: _____
Firm: _____
Representing: _____
Telephone: _____
Time In: _____  Time Out: _____