THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES BURNSIDE, et al., :
:
      Plaintiffs, :
v. : 3:17-CV-2121
: (JUDGE MARIANI)
PETERBILT MOTORS COMPANY, et al., :
:
      Defendants. :

## ORDER

**AND NOW, THIS 28TH DAY OF JUNE, 2018,** upon consideration of Defendant Peterbilt Motors Company's Motion to Dismiss, (Doc. 26), **IT IS HEREBY ORDERED THAT:**

1. The Motion, (Doc. 26), is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The Motion is **GRANTED** to the extent that it seeks dismissal of Plaintiffs' claims against Defendant Peterbilt due to lack of personal jurisdiction. All of Plaintiffs' claims against Defendant Peterbilt are **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

    b. The Motion is **DENIED** in all other respects. Such denial, however, will be **WITHOUT PREJUDICE** to Defendant Peterbilt's right to file a subsequent motion to dismiss in the event that Plaintiffs amend their Complaint.

2. Plaintiffs **MAY AMEND** their Complaint with respect to Defendant Peterbilt within **sixty (60) days** from the date of this Order. During that time, Plaintiffs may engage

in limited discovery relevant to the question of whether this Court may assert personal jurisdiction over Defendant Peterbilt.

_____
Robert D. Mariani
United States District Judge