## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES BURNSIDE, et al.,      :
                                      :

            Plaintiffs,      :

   v.                        :    **3:17-CV-2121**
                                      :    **(JUDGE MARIANI)**

PETERBILT MOTORS COMPANY, et al., :

                                        :

            Defendants.     :

### ORDER

AND NOW, THIS 20th DAY OF MARCH, 2019, upon consideration of

Defendant Peterbilt Motor Company's ("Peterbilt's") Motion to Dismiss Plaintiffs' claims

against it with prejudice (Doc. 72), as well as Plaintiffs' failure to file an amended complaint

properly alleging the Court has personal jurisdiction over Defendant Peterbilt (Doc. 64), **IT**

**IS HEREBY ORDERED THAT:**

1. Defendant Peterbilt's Motion to Dismiss (Doc. 72) is **GRANTED**.  Plaintiffs' claims

    against Defendant Peterbilt are **DISMISSED WITH PREJUDICE**.

Robert D. Mariani
United States District Judge