THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES BURNSIDE, et al.,

    Plaintiffs,

v.

PETERBILT MOTORS COMPANY, et al.,

    Defendants.

3:17-CV-2121
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 29th DAY OF MARCH, 2019, upon consideration of Defendant Arrow Tank and Engineering Company's ("Arrow Tank's") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b) (Doc. 69) and the briefing submitted by Arrow Tank and Plaintiffs (Doc. 70, Doc. 71), **IT IS HEREBY ORDERED THAT** Arrow Tank's Motion to Dismiss (Doc. 69) is **DENIED**.

_____
Robert D. Mariani
United States District Judge